478

395 A.2d 1009

Commonwealth v. Watson, Appellant.

Submitted September 12, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1010

Commonwealth v. Wharton, Appellant.

Submitted December 10, 1976. Lionel B. Gumnit, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.